|  | AUSA: | C. Barrington Wilkins | Telephone: (313) 226-9100 |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Agent: | Terrence P. Newman | Telephone: (313) 600-0108 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
v.
Mark Crim

Case: 2:21-mj-30353
Judge: Unassigned,
Filed: 07-13-2021 At 06:49 PM
IN RE: SEALED MATTER (CMP)(MLW)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 14, 2020__ in the county of __Wayne__ in the __Eastern__ District of __Michigan SD__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute Controlled Substances |
| 21 U.S.C. § 846 | Conspiracy with the Intent to Distribute Controlled Substances |
| 18 U.S.C. § 922(g)(1) | Felon in possession of Firearms |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

*Terrence P. Newman*
Complainant's signature

Terrence P. Newman, Special Agent, DEA
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: July 13, 2021

Judge's signature

City and state: Detroit, Michigan

Hon. Anthony Patti, United States Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Terrence Newman, Special Agent of the Drug Enforcement Administration, being duly sworn, depose and state as follows:

## INTRODUCTION

1. I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request an arrest warrant. I am a Special Agent of the United States Drug Enforcement Administration (DEA) and have been so since January of 2004. My present position is assigned to the Detroit Division Office, Detroit, Michigan.

2. My official duties include investigating criminal violations of the federal narcotics laws, including, but not limited to, Title 21, United States Code, Sections 841, 843, 846, and 848. I have received specialized training in the enforcement of laws concerning controlled substances found in Title 21 of the United States Code. Some of the specialized training I have received includes, but is not limited to, classroom instruction concerning narcotics smuggling, money laundering investigations, conspiracy, and complex investigations. I have been involved in various types of electronic surveillance, as well as debriefing of defendants, witnesses, informants, and others who have knowledge of the distribution and transportation of

controlled substances and the laundering and concealing of proceeds from drug trafficking.

3. I have conducted and participated in numerous investigations as a DEA Special Agent that have resulted in the seizure of heroin and/or fentanyl. I am familiar with and have participated in all of the normal methods of investigation, including but not limited to undercover, physical and video surveillance, questioning of witnesses, controlled deliveries, use of search and arrest warrants, management and use of informants, and electronic surveillance.

4. I make this affidavit from personal knowledge based on my participation in this investigation, including reports from other law enforcement officers, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware of relating to this investigation.

5. This affidavit is provided in support of a complaint against Mark CRIM Jr. Probable cause exists that Mark CRIM Jr. (1) did knowingly and unlawfully possess with the intent to distribute in excess of 1,800 net grams of fentanyl, in violation of 21 U.S.C. 841(a)(1), (2) conspired with others to knowingly and intentionally possess with intent to distribute a controlled substance, namely fentanyl, in violation of Title

21, United States Code, Section 841 (a) (1) and 846, and (3) is in violation of being a Convicted Felon In Possession of a Firearm, 18 U.S.C. Section 922(g)(1).

## PROBABLE CAUSE

6. In Calendar Year 2020, your affiant participated in an investigation involving multiple Detroit area drug traffickers. During the course of this investigation, Agents/Officers identified Mark CRIM Jr. (DOB: March 30, 1989) as a suspected distributor of fentanyl. A query of Mark CRIM Jr.'s criminal history (provided by a law enforcement database) revealed a 2018 Felony Conviction in the State of Ohio on a charge of Identity Fraud. Based, in part, on numerous surveillance operations that were conducted during the course of this investigation, Agents/Officers successfully identified Mark CRIM Jr.'s primary residence as 7344 Globe Street, Detroit, MI. On multiple occasions, Agents/Officers observed Mark CRIM Jr. meet with a known drug trafficking associate. Based, in part, on the investigation being conducted by the DEA, Agents/Officers believe that these meetings involved the transfer of narcotics.

7. On August 14, 2020, United States Magistrate Judge David R. Grand, Eastern District of Michigan, signed federal search warrants for six (6) Detroit Area residences associated with Mark CRIM Jr. and other suspected drug traffickers. On August 24, 2020, Agents/Officers

executed all six federal search warrants, including a search warrant at 7344 Globe Street, Detroit, MI (Mark CRIM Jr.'s primary residence). Mark CRIM Jr. was present at this location at the time Agents/Officers executed the warrant. The only other occupant inside of this residence at this time was William Odel RILEY, who was identified as being Mark CRIM Jr.'s grandfather. During the search of this residence, Agents/Officers identified the main floor/north side bedroom as being Mark CRIM Jr.'s bedroom. Upon entering this bedroom, Agents/Officers observed, in plain view, a pistol on the floor. Upon further inspection of this firearm, Agents/Officers determined that it was a loaded Taurus, 40 caliber PT140 Semi-automatic pistol with a round in the chamber and nine (9) additional rounds of ammunition loaded into the magazine (which was inserted into the pistol). Agents/Officers seized this firearm. Agents/Officers also located and seized approximately 1,836.5 net grams of a substance containing fentanyl (as confirmed by DEA Laboratory testing) from the basement of the residence.

8. Based on the aforementioned facts, I believe there is probable cause that Mark CRIM Jr. (1) did knowingly and unlawfully possess with the intent to distribute in excess of 1,800 net grams of fentanyl, in violation of Title 21, U.S.C. Section 841(a)(1), (2) conspired with others to knowingly and intentionally possess with intent to distribute a controlled

substance, namely fentanyl, in violation of Title 21, U.S.C. Section 846 and (3) is in violation of being a Convicted Felon In Possession of a Firearm, Title 18, U.S.C. Section 922(g)(1).

*Terrence P. Newman*
Terrence Newman, Special Agent
Drug Enforcement Administration

Sworn to before me and signed in my presence
and/or by reliable electronic means

Honorable Anthony P. PATTI
United States Magistrate Judge
July 13, 2021